**No. 41752.**—Protest 134005–G of F. Newman (New York).

Opinion by TILSON, J. The record established that certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41753.**—Protest 252509–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and embroidered-net curtains were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 41754.**—Protests 28529–G, etc., of Lord & Taylor (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel embroidered galloons, motifs, and trimmings, Normandy lace articles similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40), embroidered wearing apparel, and embroidered-net handkerchiefs were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 41755.**—Petition 5665–R of Volupte, Inc. (New York).

Opinion by KINCHELOE, J. The record satisfying the court that there was no intention to defraud the revenue the petition was granted.

BEFORE THE THIRD DIVISION, JUNE 28, 1939

**No. 41756.**—Protest 583533–G of Renken & Yates Smith Corporation (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of harlequin sticks, cheddar sandwiches, piquant sandwiches, celery sandwiches, and stiltonette wafers the same as those the subject of *Renken* v. *United States* (C. D. 73). The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 41757.**—Protests 974216–G, etc., of Reed-Prentice Corp. (Boston).

Opinion by EVANS, J. The protests were dismissed.